**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| DON WAYNE SIMON, ID # 1070579,   )   <br> Petitioner,   ) <br> vs.   )    No. 3:05-CV-1388-N (BH) <br>   ) <br> WILLIAM STEPHENS, Director,   )    Referred to U.S. Magistrate Judge <br> Texas Department of Criminal   ) <br> Justice, Correctional Institutions Division,   ) <br> Respondent.   ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the motion for a certificate of appealability is **DENIED,** and the motion to file a second or successive petition under 28 U.S.C. § 2254 is **DISMISSED** for lack of jurisdiction. If the defendant files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* that is accompanied by a properly signed certificate of inmate trust account.

SIGNED this 10th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE